UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 21-cr-20515-JEM/BECERRA

UNITED STATES OF AMERICA,

v.

JIMMY DALE WILLIAMS,

      Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendant's Competency to Stand Trial. Judge Becerra issued a Report and Recommendation ("R&R"), recommending that Defendant is presently competent to stand trial. (ECF No. 98.) Defendant filed Objections to the R&R. (ECF No. 102.) The Court, having conducted a *de novo* review of the record and the issues presented in Defendant's Objections, agrees with Magistrate Judge Becerra. This Court overrules Plaintiff's Objections, (ECF No. 102).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that

    1.    United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 98), is **AFFIRMED AND ADOPTED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 8 day of June, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record